UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:01-CR-70-T-23TBM
     8:05-CV-380-T-23TBM

TODDRICK ONTERIO FRANKLIN
_____/

**O R D E R**

Toddrick Franklin's amended motion to vacate sentence (Doc. 9) corrects the previously noted defects.

Accordingly, the clerk is directed to send a copy of the amended motion (Doc. 9) and any supporting documentation to the United States. The United States shall show cause within sixty (60) days from the date of this order why the relief sought in the motion should not be granted. The United States shall note that Franklin's original motion (Doc. 1) is dated February 25, 2005.

Henceforth, Franklin shall mail one copy of every pleading, exhibit, correspondence, or other paper, along with a certificate of service indicating the date on which an accurate copy was mailed to the United States. **Should Franklin fail to include the required certificate of service the clerk of this court may reject the document for filing and return the document without action.**

Franklin shall immediately advise the court of any change of address.  Failure to do so may result in dismissal  for failure to prosecute.

ORDERED in Tampa, Florida, on May 6, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro