UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.  Case No. 8:01-cr-70-T-23TBM
 8:05-cv-380-T-23TBM

TODDRICK ONTERIO FRANKLIN
_____/

# **O R D E R**

Franklin moves for reconsideration (Doc. 18) pursuant to Rule 59(e), Federal Rules of Civil Procedure, of the order (Doc. 14) denying his motion to vacate. The motion simply re-states each ground without specifying any disagreement with the order denying his motion to vacate. In a supplement (Doc. 20) to the motion for reconsideration Franklin requests reconsideration of the order denying grounds five and six. The arguments lack merit. Consequently, the motion for reconsideration (Doc. 18), as supplemented (Doc. 20), is **DENIED**.

Franklin also moves for leave to amend (Doc. 17) his motion to vacate to assert a new ground. Franklin filed his motion to vacate a month before the one-year limitation expired. The proposed new ground is unrelated to a ground asserted in the original motion to vacate. Consequently, Franklin cannot overcome the limitation bar by "relating back" to a timely ground as provided in Rule 15(c), Federal Rules of Civil Procedure. Consequently, the motion for leave to amend (Doc. 17) is **DENIED**.

ORDERED in Tampa, Florida, on March 31, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE